```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ACEROS RECICLABLE DE            )
MEXICO, S.A. DE C.V.,           )
ET AL.,                         )
     Plaintiffs,                )
                                )
     v.                         ) Civil Action No. 02-1935
                                )
ELG HANIEL METALS CORP.,        )
ET AL.,                         )
     Defendants.                )
```

## JUDGMENT ORDER

AND NOW, this 13th day of March, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, ELG Haniel Metals Corp. and ELG Metals, Inc., and against plaintiffs, Aceros Reciclables De Mexico, S.A. de C.V. and Hartwell Pacific Limited.

                              BY THE COURT:

                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              United States District Judge

cc: All Counsel of Record